**THE RUDD LAW FIRM**
Christopher L. Rudd (SBN 130713)
E-mail: clrudd@ruddlawpc.com
4650 Sepulveda Boulevard, Suite 205
Sherman Oaks, CA 91403
Phone: (310) 663-0705
Fax: (310) 359-0258

*Counsel for Plaintiff and the Proposed Class*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TIFFANY WHITTINGTON, individually and on behalf of others similarly situated,

Plaintiff,

v.

KIDSEMBRACE, LLC, a California limited liability company,

Defendant.

Case No.: 2:21-cv-01830-JFW-JPR

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

CLASS ACTION

Judge: Hon. John F. Walter

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tiffany Whittington, by and through her undersigned counsel, hereby dismisses this action, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: August 2, 2021

Respectfully submitted,

By: /s/ *Gary E. Mason*

Gary E. Mason (admitted *pro hac vice*)
Danielle L. Perry (SBN 292120)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
E-Mail: gmason@masonllp.com
E-Mail: dperry@masonllp.com

Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman (admitted *pro hac vice*)
**KANTROWITZ, GOLDHAMER & GRAIDMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Telephone: (845) 356-2570
Facsimile: (845) 356-4335
E-mail: memert@kgglaw.com
E-mail: ggraifman@kgglaw.com

Christopher L. Rudd (SBN 130713)
**THE RUDD LAW FIRM**
4650 Sepulveda Boulevard, Suite 205
Sherman Oaks, CA 91403
Telephone: (310) 663-0705
Facsimile: (310) 359-0258
E-mail: clrudd@ruddlawla.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be electronically filed via this Court's CM/ECF System, which will serve all counsel of record.

By: */s/ Gary E. Mason*
Gary E. Mason (admitted *pro hac vice*)